IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Tyler Sr, John D | Case Number: 06 B 11593 |
|---|---|---|
| | Tyler, Gratta L | Judge: Goldgar, A. Benjamin |
| | Printed: 5/6/08 | Filed: 9/15/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 25, 2008
Confirmed: December 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,722.00 | |
| Secured: | | 704.36 |
| Unsecured: | | 601.65 |
| Priority: | | 0.00 |
| Administrative: | | 2,224.00 |
| Trustee Fee: | | 191.99 |
| Other Funds: | | 0.00 |
| Totals: | 3,722.00 | 3,722.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,224.00 | 2,224.00 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Popular Mortgage Services | Secured | 4,600.00 | 704.36 |
| 4. | Resurgent Capital Services | Unsecured | 26.71 | 21.49 |
| 5. | AT&T Wireless | Unsecured | 92.48 | 74.39 |
| 6. | American General Finance | Unsecured | 391.20 | 314.70 |
| 7. | Premier Bankcard | Unsecured | 41.95 | 33.75 |
| 8. | ECast Settlement Corp | Unsecured | 60.38 | 48.58 |
| 9. | ECast Settlement Corp | Unsecured | 61.01 | 49.08 |
| 10. | Midwest Verizon Wireless | Unsecured | 67.26 | 0.00 |
| 11. | Illinois Dept Of Human Service | Unsecured | 74.17 | 59.66 |
| 12. | Active Credit Service | Unsecured | | No Claim Filed |
| 13. | CitiFinancial | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| 15. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 16. | Asset Acceptance | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 19. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,639.16 | $ 3,530.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 72.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tyler Sr, John D  
Tyler, Gratta L  
Printed: 5/6/08

Case Number: 06 B 11593  
Judge: Goldgar, A. Benjamin  
Filed: 9/15/06

                         5.4%                  119.89  
                                             _____  
                                            $ 191.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

